# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Billy Nelson Hammock ,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      3:11-cv-242

Officer Huffstickler (FNU),

    Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2011 Order.


                                                                Signed: August 23, 2011

                                                        *[signature: Frank G. Johns]*

                                                        Frank G. Johns, Clerk
                                                        United States District Court